MARY SOMMER, Respondent, *v.* THE ARMOR GAS AND OIL COMPANY, Appellant.

*Sommer* v. *Armor Gas & Oil Co.*, 147 App. Div. 919, affirmed.
(Argued February 7, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action to compel the defendant to issue to plaintiff a certificate for certain shares of its stock upon payment by her of its value at par.

*Simon Fleischmann* for appellant.

*Thomas R. Stone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.